UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ERIC D. ROHNER,

    Plaintiff,

vs.                                                CASE NO. 8:13-CIV-2200-T-EAK-TGW

OFFICER JUSTIN MASSARO, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on the Plaintiff's motion for a restraining order (Doc. 10) and his attempt to amend his complaint by filing a "supplement." Both are insufficient. The motion fails to address any of the requirements for issuance of a restraining order and fails to include the required memorandum of law. The motion will be denied. The filing of a supplement to the complaint is also not sufficient. The plaintiff if required to file his complaint as one document not in pieces. He must include all the claims and all the defendants in one complaint. Accordingly, it is

**ORDERED** that the motion for restraining order (Doc. 10) be **denied** without prejudice to file a motion that meets the requirements of a motion for restraining order. Further, the Plaintiff if directed to file an amended complaint on or before October 7, 2013 which incorporates all the defendants and claims he wishes to pursue or the cause of action will be dismissed for failure to prosecute. Given that the Plaintiff is to file a new complaint,

the Court finds the pending motions to dismiss (Docs. 5 and 6) to be moot and they will be denied without prejudice to refile as to the amended complaint if appropriate.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of September, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record